UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 28 AM 11:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

'08 MJ 2289

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**Viki VILLALOBOS-Marquez**
Defendant.

Magistrate Case No.________

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(1)(A)(iv)-Inducing and Encouraging Illegal Alien(s) To Enter the United States

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-Bringing in Illegal Alien(s) Without Presentation

The undersigned complainant being duly sworn states:

***Count I***

On or about **July 25, 2008**, within the Southern District of California, defendant Viki **VILLALOBOS-Marquez (Defendant)**, did encourage and induce an alien, namely Melina **ZEMPUALTECA-Zempualteca,** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

***Count II***

On or about **March 11, 2008**, within the Southern District of California, defendant **Viki VILLALOBOS-Marquez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Edith PEREZ-Lopez, Maria Angelica LOPEZ-Cruz, Petra ABURTO-Merino, and Ana Gabriela TORRES-Aguilera**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **July, 2008**.

UNITED STATES MAGISTRATE JUDGE

DEK

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Melina ZEMPUALTECA-Zempualteca**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 25, 2008, at approximately 1728 hours, **Viki VILLALOBOS-Marquez (Defendant)** applied for admission into the United States at the San Ysidro, California Port of Entry as the driver of a 1995, white in color, Mercury Tracer. Defendant presented a United States B1/B2 Visa and Border Crossing Card bearing the name Hermila Moreno-Diaz as proof of admissibility. Accompanying Defendant was one lone passenger. Defendant presented a United States B1/B2 Visa and Border Crossing Card bearing the name Karla Jehovanna Sanchez-Bernal on behalf of the passenger. A Customs and Border Protection (CBP) officer suspected both subjects to be impostors and elected to escort the vehicle to secondary for further inspection.

In secondary it was determined that Defendant and passenger, now identified as Melina ZEMPUALTECA-Zempualteca, **(Material Witness)** were in-fact, imposters to the said documents presented, and are citizens of Mexico with no legal documents to enter or reside in the United States.

During a videotape proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted she was going to Sacramento, California to seek employment. Defendant admitted she was to receive a discounted smuggling fee of $1,500.00 to drive the vehicle and one (1) undocumented alien into the United States. Defendant admitted to knowing that the Material Witness did not have legal documents to enter or reside in the United States. Defendant admitted to being aware that presenting documents not lawfully issued to her or her passenger is against the law.

On a videotaped interview, Material Witness admitted she is a citizen of Mexico without legal rights to enter the United States. Material Witness stated her smuggling fees were arranged by a family member and were to be paid upon her arrival into the United States. Material Witness stated she was en route to Los Angeles, California to seek employment.

Service records indicate that Defendant was apprehended previously at the San Ysidro Port of Entry on three separate occasions. The most recent event, occurring on March 11, 2008, Defendant was the driver of a 2002 Chevrolet Impala attempting to smuggle four (4) undocumented aliens concealed in the trunk area of the vehicle. Defendant admitted to having knowledge of at least one (1) undocumented alien and stated that she was to receive a discount of her own smuggling fee if she agreed to be the driver. Defendant stated she was traveling to the United States to seek employment.

EXECUTED ON THIS **27th** DAY OF **July 2008** AT **0200 HOURS**.

#7548

Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe that the defendant named therein committed the offense on **July 25, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

DATE / TIME

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Melina ZEMPUALTECA-Zempualteca**, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 25, 2008, at approximately 1728 hours, **Viki VILLALOBOS-Marquez (Defendant)** applied for admission into the United States at the San Ysidro, California Port of Entry as the driver of a 1995, white in color, Mercury Tracer. Defendant presented a United States B1/B2 Visa and Border Crossing Card bearing the name Hermila Moreno-Diaz as proof of admissibility. Accompanying Defendant was one lone passenger. Defendant presented a United States B1/B2 Visa and Border Crossing Card bearing the name Karla Jehovanna Sanchez-Bernal on behalf of the passenger. A Customs and Border Protection (CBP) officer suspected both subjects to be impostors and elected to escort the vehicle to secondary for further inspection.

In secondary it was determined that Defendant and passenger, now identified as Melina ZEMPUALTECA-Zempualteca, **(Material Witness)** were in-fact, imposters to the said documents presented, and are citizens of Mexico with no legal documents to enter or reside in the United States.

During a videotape proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted she was going to Sacramento, California to seek employment. Defendant admitted she was to receive a discounted smuggling fee of $1,500.00 to drive the vehicle and one (1) undocumented alien into the United States. Defendant admitted to knowing that the Material Witness did not have legal documents to enter or reside in the United States. Defendant admitted to being aware that presenting documents not lawfully issued to her or her passenger is against the law.

On a videotaped interview, Material Witness admitted she is a citizen of Mexico without legal rights to enter the United States. Material Witness stated her smuggling fees were arranged by a family member and were to be paid upon her arrival into the United States. Material Witness stated she was en route to Los Angeles, California to seek employment.

Service records indicate that Defendant was apprehended previously at the San Ysidro Port of Entry on three separate occasions. The most recent event, occurring on March 11, 2008. Defendant was the driver of a 2002 Chevrolet Impala attempting to smuggle four (4) undocumented aliens concealed in the trunk area of the vehicle. Defendant admitted to having knowledge of at least one (1) undocumented alien and stated that she was to receive a discount of her own smuggling fee if she agreed to be the driver. Defendant stated she was traveling to the United States to seek employment.

EXECUTED ON THIS 27th DAY OF **July 2008 AT 0200 HOURS**.

[signature]
Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe that the defendant named therein committed the offense on **July 25, 2008** in violation of Title 8, United States Code, Section 1324.

[signature]
MAGISTRATE JUDGE

7/27/08 - 1215 Pm
DATE / TIME